UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.** | § § § | CIVIL ACTION NO. 10-2117 |
| VS. | § § § | SECTION. L MAG. 5 |
| **RIVER CITY BARGE, INC. AND TASSIN'S MARINE TRANSPORTATION, LLC** | § § § | |

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL

After considering Plaintiff Clean Harbors Environmental Services, Inc.'s Notice of Voluntary Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff Clean Harbors Environmental Services, Inc. against Defendants River City Barge, Inc. and Tassin's Marine Transportation, LLC are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that each party will bear its own cost and fees.

SIGNED this  20th  day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

3

APPROVED AS TO FORM AND ENTRY REQUESTED:

**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**

*/s/Kent M. Adams*
Kent M. Adams
Louisiana Bar No. 2324
Kathleen K. Charvet
Louisiana Bar No. 1760
Kristie Escudier Johnson
Louisiana Bar No. 25041
3355 West Alabama, Suite 400
Houston, Texas 77098
(713) 659-6767  Telephone
(713) 759-6830  Facsimile

**ATTORNEYS FOR PLAINTIFF**
**CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.**

4